UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Gladys Cardona,

    Plaintiff,

v.                                      Case No. 11-14624

                                        Honorable Sean F. Cox

Mortgage Electronic Registration Systems,
Inc., *et al.*,

    Defendants.
_____/

# ORDER
# ADOPTING REPORT AND RECOMMENDATION

Acting *pro se*, Plaintiff this action in state court. Defendants removed the action to this Court. Thereafter, this Court referred Defendants' Motion to Dismiss for hearing and determination by Magistrate Judge Mona Majzoub.

On June 4, 2012, Magistrate Judge Majzoub issued a Report and Recommendation ("R&R"), wherein she recommends that the Court grant Defendants' motion and dismiss this action. Magistrate Judge Majzoub's R&R notes that, in violation of Local Rule 11.2, Plaintiff has failed to provide the Court with her current contact information and has not filed any response to the pending motion, or had any communication with the Court since filing her complaint. She also recommends that the motion be granted on the merits.

No objections to the R&R have been filed by any party and the time for doing so has passed.

The Court hereby ADOPTS the June 4, 2012 R&R and ORDERS that this action is

DISMISSED.


       IT IS SO ORDERED.


Dated:  July 5, 2012                             S/ Sean F. Cox
                                                       U. S. District Court Judge


I hereby certify that on July 5, 2012, the foregoing document was served upon counsel of record by electronic means and upon Gladys Cardona by First Class Mail at the address below:

Gladys Cardona
12576 Second Avenue
Southgate, MI 49195


Dated:  July 5, 2012                             S/ Jennifer Hernandez
                                                       Case Manager